
FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. DARIO LOZADA JUAREZ DEFENDANT(S). | CASE NUMBER SA18-0268 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __May 25, 2018__, ____, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __May 22, 2018__        __Douglas F. McCormick__
U.S. District Judge/Magistrate Judge

---